UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stefan Jeremiah,<br><br>                      Plaintiff,<br><br>      v.<br><br>Axel Ltd. Co.,<br><br>                      Defendants. | 1:17-cv-08553 (PKC) |

NOTICE OF APPEARANCE

To:  The Clerk of the Court and All Parties of Record:

The undersigned is admitted to practice before this Court and hereby appears as counsel for defendant.  I request that all correspondence and papers in connection with the action be directed to the undersigned.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  January 1, 2017

                                Respectfully submitted,

                                _____//DRL//_____
                                David R. Lurie
                                LAW OFFICE OF DAVID R. LURIE, PLLC
                                194 President Street
                                Brooklyn, New York  11231
                                347-651-0194